## COMMONWEALTH v. JOE SEARLS.

[Abstract Kentucky Law Reporter, Vol. 3—394.]

**Criminal Law—Indictment.**

> An indictment does not charge two offenses when it charges the accused with having cut and carried away a certain number of trees. This constitutes but one offense.

### APPEAL FROM MARSHALL CIRCUIT COURT.

November 15, 1881.

OPINION BY JUDGE HINES:

This indictment does not charge two offenses, as appears to have been the view of the court below. The charge is of taking and carrying away personal property, and the specification is that appellee cut and carried away a certain number of trees. Both the cutting and carrying away are denounced by the statute, and constitute but one offense under Gen. Stat. (1879), Ch. 29, Art. 28, § 7.

Wherefore the judgment is *reversed* and cause remanded.

*P. W. Hardin*, for appellant.

*Gilbert & Reid*, for appellee.